# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02429

AIR COMM CORPORATION LLC,

    Plaintiff,

v.                                    **JURY TRIAL DEMANDED**

ERG AEROSPACE CORPORATION,
ANSIE WU,
KELLAR MOORE,
BILLY DANIEL,
RUSSELL WILSON,
JULIA CHEN,
PETER GOLLEDGE,
and SETH CHAMBERS
    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Plaintiff Air Comm Corporation LLC.

    DATED this 4th day of September, 2024.

                                                          */s/ J. Scott Humphrey*

                                                          J. Scott Humphrey
                                                          Benesch, Friedlander, Coplan & Aronoff LLP
                                                          71 South Wacker Drive, Suite 1600
                                                          Chicago, Illinois 60606-4637
                                                          Telephone: (312) 212-4949
                                                          Email:  shumphrey@beneschlaw.com