## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02429

AIR COMM CORPORATION LLC,

    Plaintiff,

v.   **JURY TRIAL DEMANDED**

ERG AEROSPACE CORPORATION,
ANSIE WU,
KELLAR MOORE,
BILLY DANIEL,
RUSSELL WILSON,
JULIA CHEN,
PETER GOLLEDGE,
and SETH CHAMBERS
    Defendants.

## PLAINIFF'S RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Air Comm Corporation LLC ("ACC"), furnishes the following list in compliance with Fed. R. Civ. P. 7.1:

1. The undersigned represents ACC;

2. ACC is a wholly-owned subsidiary of Ace Thermal Systems, LLC;

3. There is no publicly held corporation which owns 10% or more of ACC's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  September 4 , 2024    BY:   *s/ J. Scott Humphrey*
                                                      J. Scott Humphrey
                                                      Danielle A. Maldonado (pro hac vice forthcoming)
                                                      Benesch, Friedlander, Coplan & Aronoff LLP
                                                      71 South Wacker Drive, Suite 1600

Chicago, IL 60606-4637
Telephone:  (312) 212-4940
shumphrey@beneschlaw.com
dmaldonado@beneschlaw.com

Gregory Phillips (pro hac vice forthcoming)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
gphillips@beneschlaw.com

*Counsel for Plaintiff Air Comm Corporation LLC*