AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kellar Moore__
was received by me on *(date)* __9/5/24__.

☒ I personally served the summons on the individual at *(place)* __1855 Lefthand Creek Ln H-103 Longmont CO 80501__ on *(date)* __9/7/24__ ; @ 7:07 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __9/7/24__

_John Chely_
Server's signature

__John Chely    Process Server__
Printed name and title

__312 11th Ave Longmont CO 80501__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado ▼

AIR COMM CORPORATION LLC )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 24-CV-2429-SKC
ERG AEROSPACE CORPORATION, ANSIE WU, )
KELLAR MOORE, BILLY DANIEL, RUSSELL )
WILSON, JULIA CHEN, PETER GOLLEDGE, AND )
SETH CHAMBERS )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kellar Moore
1855 Lefthand Creek Lane
H103
Longmont, CO 80501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Scott Humphrey
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Telephone: 312-212-4940
shumphrey@beneschlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/04/2024

/s/ E. Cha

*Signature of Clerk or Deputy Clerk*