

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AIR COMM CORPORATION LLC<br>Plaintiff<br><br>vs<br><br>ERG AEROSPACE CORPORATION, ET AL.<br>Defendant | Case Number: 1:24-CV-02429-SKC<br><br>Dept:<br><br>**AFFIDAVIT OF SERVICE** |

TANNER TREWET, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Friday, September 6, 2024 a copy of the:
**SUMMONS IN A CIVIL ACTION; PLAINTIFF'S VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY**

I served the same on **09/06/2024** at **11:05 AM** to:

**Defendant ERG AEROSPACE CORPORATION, BY SERVING FABIAN & CLENDENIN APC, REGISTERED AGENT**

by leaving the copies with or in the presence of **KOEL JONES, RECEPTIONIST**, at **411 E BONNEVILLE AVE, STE 400, LAS VEGAS, NV 89101**.

Subscribed and sworn to before me on this
Monday, September 9, 2024 by the affiant.

_____
Notary Public

NOTARY PUBLIC
SABRINA ROSE SORENSEN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. FEB. 5, 2028
No: 24-8810-01

_____
TANNER TREWET
Registered Work Card R-2019-07712

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389
P-2011190.01 Client File # 6905920